# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ROCKWELL AUTOMATION INC.,

          Plaintiff,

v.

INVESTPIC LLC,

          Defendant.

Case No. 17-CV-258-JPS

**ORDER**

On June 14, 2017, Plaintiff filed a notice of voluntary dismissal of this action. (Docket #12). As Defendant has not yet answered or moved for summary judgment, dismissal is automatic. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). This action will be dismissed without prejudice. *Id.*; (Docket #12).

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

Dated at Milwaukee, Wisconsin, this 14th day of June, 2017.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge